

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE BANK OF NEW YORK MELLON,
as Trustee, and UNICREDIT BANK AG,

                       Plaintiffs,

         -against-

TEXTRON BUSINESS SERVICES, INC.,

                     Defendant.
------------------------------------------------------------x

Civil Action No. 11 Civ. 4865 (JSR) (JLC)

**STIPULATION AND PROPOSED
ORDER**

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel for the parties herein that Defendant's time to answer or otherwise move with respect to

Plaintiffs' Complaint served on July 15, 2011 is hereby extended through and including October

8, 2011.

Dated: August 1, 2011
      New York, New York

SEWARD & KISSEL LLP

By: _____
      Mark J. Hyland
      Jeffrey M. Dine
      Brian P. Maloney
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

Attorneys for Plaintiffs
The Bank of New York Mellon, as Indenture
Trustee, and UniCredit Bank AG

ALLEGAERT BERGER & VOGEL LLP

By: _____
      Christopher Allegaert
      James A. Beha II
111 Broadway, 20th Floor
New York, New York 10006
(212) 571-0550

Attorneys for Defendant
Textron Business Services, Inc.

DENIED SO ORDERED:

_____
      Jed S. Rakoff, U.S.D.J.

8-3-11