USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
THE BANK OF NEW YORK MELLON,          :
as Trustee, and UNICREDIT BANK AG,    :
                                      :
            Plaintiffs,               :
                                      :          11-CIV-4865-JSR
      v.                              :
                                      :          **STIPULATION AND**
                                      :          **ORDER FOR SUBSTITUTION**
TEXTRON BUSINESS SERVICES, INC.,      :          **OF COUNSEL**
BANK SECURITIES, INC.,                :
                                      :
            Defendant.                :
                                      :
------------------------------------------------------x

            IT IS HEREBY STIPULATED AND ORDERED that plaintiff The Bank of New

York Mellon ("BNYM") substitutes as its attorneys of record, PERKINS COIE LLP, 30

Rockefeller Plaza, 25th Floor, New York, New York 10112, in place and stead of

SEWARD & KISSEL LLP, One Battery Park Plaza, New York, New York 10004.


            PERKINS COIE LLP

            By: _____
                  Jeffrey D. Vanacore
                  Jvanacore@perkinscoie.com

            30 Rockefeller Plaza, 25th Floor
            New York, New York 10112
            Tel.: (212) 262-6900
            Fax: (212) 977-1649

            Incoming Attorneys for BNYM

LEGAL21657229.1

SEWARD & KISSEL LLP

By: _____
Mark J. Hyland
hyland@sewkis.com

One Battery Park Plaza
New York, New York  10004
Tel.: (212) 574-1541
Fax: (212) 480-8421

Outgoing Attorneys for BNYM


AGREED AND CONSENTED TO:

THE BANK OF NEW YORK MELLON

By: _____
David M. Kerr
david.m.kerr@bnymellon.com

101 Barclay Street
21 West
New York, New York  10007
Tel: 212-815-5650
Fax: 732-667-9322

Date:

_____
Jed S. Rakoff
U.S.D.J.

9-3—11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

THE BANK OF NEW YORK MELLON,   :
as Trustee, and UNICREDIT BANK AG,   :

                                    :

         Plaintiffs,   :

                                      :     11-CIV-4865-JSR

         v.              :

                                      :     **DECLARATION OF JEFFREY D.**

TEXTRON BUSINESS SERVICES, INC.,   :     **VANACORE IN SUPPORT OF**
BANK SECURITIES, INC.,   :     **SUBSTITUTION OF COUNSEL**

                                    :

         Defendant.   :

                                    :

-------------------------------------------------------x

    I, Jeffrey D. Vanacore, hereby declare under penalty of perjury as follows:

    1.    I am a member of the Bar of this Court and am a member of the law firm Perkins Coie LLP ("Perkins"). This affidavit is submitted, pursuant to Rule 1.4 of the Local Civil Rules of the Southern and Eastern Districts of New York, in support of the foregoing stipulation and order substituting Perkins as counsel of record for plaintiff The Bank of New York Mellon ("BNYM") in place and stead of Seward & Kissel LLP.

    2.    Substitution of counsel is appropriate because BNYM has requested that Perkins represent it in this action, consents to said substitution, as reflected in the foregoing stipulation and order, and Seward & Kissel LLP has consented to this substitution, as also reflected in the foregoing stipulation.

    3.    The current status of the case is as follows: the trial-ready date is February 7, 2012. The initial conference is September 6, 2011.

Dated: New York, New York
       September 1, 2011

                                             Jeffrey D. Vanacore