UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE BANK OF NEW YORK MELLON, :
as Trustee, and UNICREDIT BANK AG, :
   :
       Plaintiffs, :
   :      11-CIV-4865-JSR
  v. :
   :      **NOTICE OF APPEARANCE**
TEXTRON BUSINESS SERVICES, INC., :
BANK SECURITIES, INC., :
   :
       Defendant. :
   :
-------------------------------------------------------x

     PLEASE TAKE NOTICE, that the undersigned counsel, who is admitted to practice before this Court, hereby appears for plaintiff UniCredit Bank AG, New York Branch in the above-captioned action and requests that all further papers and correspondence be served upon him.

                 KASOWITZ, BENSON, TORRES
                 & FRIEDMAN LLP

                 By:   /s/ Charles M. Miller
                       Charles M. Miller
                       (cmiller@kasowitz.com)
                 1633 Broadway
                 New York, New York 10019
                 Tel.: (212) 506-1700
                 Fax: (212) 506-1800

                 *Attorneys for UniCredit Bank AG,*
                 *New York Branch*