UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE BANK OF NEW YORK MELLON, :
as Trustee, and UNICREDIT BANK AG, :
   :
        Plaintiffs, :
   :    11-CIV-4865-JSR
   v. :
   :    **NOTICE OF APPEARANCE**
TEXTRON BUSINESS SERVICES, INC., :
BANK SECURITIES, INC., :
   :
        Defendant. :
   :
-------------------------------------------------------x

    PLEASE TAKE NOTICE, that the undersigned counsel, who is admitted to practice before this Court, hereby appears for plaintiff UniCredit Bank AG, New York Branch in the above-captioned action and requests that all further papers and correspondence be served upon him.

        KASOWITZ, BENSON, TORRES
        & FRIEDMAN LLP

        By:   /s/ Trevor J. Welch
            Trevor J. Welch
            (twelch@kasowitz.com)
        1633 Broadway
        New York, New York  10019
        Tel.:  (212) 506-1700
        Fax:  (212) 506-1800

        *Attorneys for UniCredit Bank AG,*
        *New York Branch*