UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE BANK OF NEW YORK MELLON,                :
as Trustee, and UNICREDIT BANK AG,          :
                                             :
       Plaintiffs,                       :
                                             :   11-CIV-4865-JSR
   v.                                      :
                                             :   **NOTICE OF APPEARANCE**
TEXTRON BUSINESS SERVICES, INC.,            :
BANK SECURITIES, INC.,                      :
                                             :
       Defendant.                        :
                                             :
-------------------------------------------------------x

PLEASE TAKE NOTICE, that the undersigned counsel, who is admitted to practice before this Court, hereby appears for plaintiff UniCredit Bank AG, New York Branch in the above-captioned action and requests that all further papers and correspondence be served upon him.

        KASOWITZ, BENSON, TORRES
        & FRIEDMAN LLP

        By:   /s/ Maria Gorecki
                Maria Gorecki
                (mgorecki@kasowitz.com)
        1633 Broadway
        New York, New York 10019
        Tel.: (212) 506-1700
        Fax: (212) 506-1800

        *Attorneys for UniCredit Bank AG,*
        *New York Branch*