UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE BANK OF NEW YORK MELLON, :
as Trustee, and UNICREDIT BANK AG, :
:
        Plaintiffs, :
:   11-CIV-4865-JSR
      v. :
:   **NOTICE OF APPEARANCE**
TEXTRON BUSINESS SERVICES, INC., :
BANK SECURITIES, INC., :
:
        Defendant. :
:
-------------------------------------------------------x

    PLEASE TAKE NOTICE, that the undersigned counsel, who is admitted to practice before this Court, hereby appears for plaintiff UniCredit Bank AG, New York Branch in the above-captioned action and requests that all further papers and correspondence be served upon him.

                KASOWITZ, BENSON, TORRES
                & FRIEDMAN LLP

                By:    /s/ Shalini K. Rajoo
                      Shalini K. Rajoo
                      (srajoo@kasowitz.com)
                1633 Broadway
                New York, New York 10019
                Tel.: (212) 506-1700
                Fax: (212) 506-1800

                *Attorneys for UniCredit Bank AG,*
                *New York Branch*