UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE BANK OF NEW YORK MELLON,                :
as Trustee, and UNICREDIT BANK AG,          :
                                            :
        Plaintiffs,                        :
                                            :   11-CIV-4865-JSR
   v.                                      :
                                            :   **NOTICE OF APPEARANCE**
                                            :
TEXTRON BUSINESS SERVICES, INC.,            :
BANK SECURITIES, INC.,                      :
                                            :
        Defendant.                         :
                                            :
-------------------------------------------------------x

       PLEASE TAKE NOTICE, that the undersigned counsel, who is admitted to practice before this Court, hereby appears for plaintiff UniCredit Bank AG, New York Branch in the above-captioned action and requests that all further papers and correspondence be served upon him.

                      KASOWITZ, BENSON, TORRES
                      & FRIEDMAN LLP

                      By:   /s/  Charlotte A. Pontillo
                            Charlotte A. Pontillo
                            (cpontillo@kasowitz.com)
                      1633 Broadway
                      New York, New York  10019
                      Tel.:  (212) 506-1700
                      Fax:  (212) 506-1800

                      *Attorneys for UniCredit Bank AG,*
                      *New York Branch*