**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

THE BANK OF NEW YORK MELLON,
As Trustee, and UNICREDIT BANK AG

                    Plaintiffs,

Against

TEXTRON BUSINESS SERVICES, INC.

                    Defendant.

11 CIV 4865-JSR   ECF CASE

**MOTION FOR ADMISSION
PRO HAC VICE**



Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, John W. McClelland, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Textron Business Services, Inc. in the above-captioned action.

I am in good standing in the bar of the state of Missouri and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  September 6, 2011

                    Respectfully submitted,

                    */s/ John W. McClelland*
                    John W. McClelland, MO #32607
                    ARMSTRONG TEASDALE, LLP
                    2345 Grand Blvd., Suite 2000
                    Kansas City, MO 64108
                    (816) 221-3420
                    Fax: (816) 221-0786
                    jmcclelland@armstrongteasdale.com

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Bill L. Thompson, Interim Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on October 1, 1982,

## *John W. McClelland*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 6th day of September, 2011.

*Bill L. Thompson*

Interim Clerk of the Supreme Court of Missouri

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE BANK OF NEW YORK MELLON,
as Trustee, and UNICREDIT BANK AG,

                                Plaintiffs,

                -against-

TEXTRON BUSINESS SERVICES, INC.,

                                Defendant.

------------------------------------------------------------x

11 CIV 4865-JSR   ECF CASE

**ORDER FOR ADMISSION
PRO HAC VICE**

       The motion of John W. McClelland, for admission to practice Pro Hac Vice in the above captioned action is granted.

       Applicant has declared that he is a member in good standing of the bar of the state of Missouri; and that his contact information is as follows:

       John W. McClelland, MO #32607
       ARMSTRONG TEASDALE, LLP
       2345 Grand Blvd., Suite 2000
       Kansas City, MO 64108
       (816) 221-3420
       Fax: (816) 221-0786
       jmcclelland@armstrongteasdale.com

       Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Textron Business Services, Inc. in the above entitled action;

       **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated:

_____
Jed S. Rakoff, U.S.D.J.

STATE OF NEW YORK    )                              Index No. 11cv4865  JSR
                     ) ss.:
COUNTY OF NEW YORK   )                              ECF CASE

Collins V. Burgess-Jackman, being duly sworn, deposes and says:

I am not a party to this action, am over the age of eighteen (18) years, and reside at 97-04 Brisbin Street, Jamaica, New York, 11435. On the 9th day of September 2011, I caused to be served by U.S. First Class Mail, postage prepaid, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice and Proposed Order for Admission Pro Hac Vice upon the following:

(1). Charlotte Ann Pontill, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022

(2). Shalini Kisten Rajoo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

(3). Jeffrey D. Vanacore, Esq.
Perkins Coie LLP
30 Rockefeller Plaza, 25th Floor
New York, New York 10112

(4). Mark Paul Ressler, Esq.
Maria Gorecki, Esq.
Charles Matthew Miller, Esq.
Trevor J. Welch, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1501 Broadway, 12th Floor
New York, New York 10036

                                                                              Collins V. Burgess-Jackman

Sworn to before me this  
12th day of September 2011

_____  
Notary Public

ROBERT F. FINKELSTEIN  
Notary Public, State of New York  
No. 02FI6074730  
Qualified in New York County  
Commission Expires May 20, 2014