AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| THE BANK OF NEW YORK MELLON, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  11-cv-4865 (JSR) |
| TEXTRON BUSINESS SERVICES, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Textron Business Services, Inc.

Date:   09/13/2011

*Attorney's signature*

James A. Beha, II  - (JAB 9591)
*Printed name and bar number*

Allegaert Berger & Vogel LLP
111 Broadway, 20th Floor
New York, New York 10006

*Address*

jbeha@abv.com
*E-mail address*

(212) 571-0550
*Telephone number*

(212) 571-0555
*FAX number*