**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE BANK OF NEW YORK MELLON, as
Trustee, and UNICREDIT BANK AG,

                              Plaintiffs,

                                                          11-civ-4865

            - against -

TEXTRON BUSINESS SERVICES, INC.,            **MOTION TO ADMIT COUNSEL**
BANK SECURITIES, INC.,                                  **PRO HAC VICE**

                              Defendant.

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the
Southern and Eastern Districts of New York, I, Schuyler Carroll, a member in good standing of
the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

        Applicant's Name:  Shan A. Haider
        Firm Name:  Perkins Coie LLP
        Address:  30 Rockefeller Plaza, 25th Floor
        City/State/Zip:  New York, New York 10112
        Phone Number:  (212) 262-6900
        Fax Number: (212) 977-1649
        Email: SHaider@perkinscoie.com

Shan A. Haider is a member in good standing of the Bar of the State of New York.

---

There are no pending disciplinary proceedings against Shan A. Haider in any State or Federal
court.

Dated: September 6, 2011
City, State: New York, New York

        Respectfully submitted,

        Schuyler Carroll, SDNY Bar No. SC1234
        Firm Name:  Perkins Coie LLP
        Address 30 Rockefeller Plaza, 25th Floor
        City/State/Zip:  New York, NY 10112-0085
        Phone Number:  (212) 262-6900
        Fax Number:  (212) 977-1649
        Email: SCarroll@perkinscoie.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

THE BANK OF NEW YORK MELLON, as
Trustee, and UNICREDIT BANK AG,

Plaintiffs,

11-civ-4865

- against -

TEXTRON BUSINESS SERVICES, INC.,
BANK SECURITIES, INC.,

**AFFIDAVIT OF SCHUYLER CARROLL
IN SUPPORT OF MOTION TO ADMIT
COUNSEL PRO HAC VICE**

Defendant.

| State of New York | ) | |
|---|---|---|
| | ) | ss: |
| County of New York | ) | |

Schuyler Carroll, being duly sworn, hereby deposes and says as follows:

1.     I am a partner at Perkins Coie LLP, counsel for Plaintiff The Bank of New York Mellon in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's Motion to admit Shan A. Haider as counsel pro hac vice to represent Plaintiff in this matter.

2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1993. I am also admitted to and in good standing with the bars of the United States District Court for the Southern, Eastern, Western and Northern Districts of New York.

3.     Shan A. Haider was admitted to practice in New York in 2007. He has been an Associate at Perkins Coie LLP since April 2011.

4.     I have found Shan A. Haider to be a skilled attorney and a person of integrity.

5.     Accordingly, I am pleased to move the admission of Shan A. Haider, pro hac vice.

6.     I respectfully submit a proposed order granting the admission of Shan A. Haider, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, I respectfully request that this Court grant the motion to admit Shan A. Haider, pro hac vice, to represent Plaintiff The Bank of New York Mellon in the above captioned matter.

Dated: September 6, 2011

City, State: New York, NY.

Respectfully submitted,

Name of Movant: Schuyler Carroll

SDNY Bar Code: SC1234

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE BANK OF NEW YORK MELLON, as
Trustee, and UNICREDIT BANK AG,

Plaintiffs,

11-civ-4865

- against -

TEXTRON BUSINESS SERVICES, INC.,
BANK SECURITIES, INC.,

Defendant.

**ORDER FOR ADMISSION PRO HAC
VICE ON WRITTEN MOTION**

Upon the motion of Schuyler Carroll, attorney for Plaintiff The Bank of New York Mellon and
said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Applicant's Name:  Shan A. Haider
> Firm Name:  Perkins Coie LLP
> Address:  30 Rockefeller Plaza, 25th Floor
> City/State/Zip:  New York, New York 10112
> Phone Number:  (212) 262-6900
> Fax Number: (212) 977-1649
> Email: SHaider@perkinscoie.com

is admitted to practice pro hac vice as counsel for The Bank of New York Mellon in the above
captioned case in the United States District Court for the Southern District of New York.  All
attorneys appearing before this Court are subject to the Local Rules of this Court, including the
Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing
(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.
Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: September ___, 2011
City, State:  New York, NY

_____<br>United States District/Magistrate Judge

LEGAL21676399.1



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Matthew G. Kiernan,** Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Shan A. Haider** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **19 th** day of **September 2007,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



**In Witness Whereof,** I have hereunto set my hand and affixed the seal of said Appellate Division on September 07, 2011.

Matthew G. Kiernan

Clerk of the Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE BANK OF NEW YORK MELLON, as
Trustee, and UNICREDIT BANK AG,

                                       Plaintiffs,

                                                          11-civ-4865

        - against -

TEXTRON BUSINESS SERVICES, INC.,                 **AFFIDAVIT OF SERVICE**
BANK SECURITIES, INC.,

                                       Defendant.

_____

STATE OF NEW YORK          )

                           )     ss:

COUNTY OF NEW YORK         )


        Allan G. Collins, being sworn, deposes and says:

        1.      Deponent is not a party to this action, is over eighteen years of age, and is an employee of Perkins Coie LLP, 30 Rockefeller Plaza, 25th Floor, New York, NY 10112.

        2.      On September 6, 2011, I served (i) *Motion For Admission To Practice, Pro Hac Vice* and (ii) *Affidavit of Schuyler Carroll in Support of Motion to Admit Counsel Pro Hac Vice* via first class mail by depositing a true and correct copy thereof, enclosed in a postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States postal service within the city and state of New York upon:

                        Trevor J. Welch, Esq.
                        Kasowitz Benson Torres & Friedman LLP
                        1633 Broadway
                        New York, New York 10019

                        Christopher Allegaert
                        Allegaert Berger & Vogel LLP
                        111 Broadway, 20th Floor
                        New York, New York 10006

Allan G. Collins

Sworn to before me this
___ day of September 2011

Notary Public

JEFFREY D. VANACORE
Notary Public, State of New York
No. 02VA6089963
Qualified in New York County
Commission Expires April 30, 2015