| | |
|---|---|
| STATE OF NEW YORK )<br>) ss.:<br>COUNTY OF NEW YORK ) | Index No. 11cv4865 (JSR)<br><br>ECF CASE |

Collins V. Burgess-Jackman, being duly sworn, deposes and says:

I am not a party to this action, am over the age of eighteen (18) years, and reside at 97-04 Brisbin Street, Jamaica, New York, 11435. On the 12th day of September 2011, I caused to be served by U.S. First Class Mail, postage prepaid, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice and Proposed Order for Admission Pro Hac Vice upon the following:

(1). Charlotte Ann Pontill, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022

(2). Shalini Kisten Rajoo, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

(3). Jeffrey D. Vanacore, Esq.
Perkins Coie LLP
30 Rockefeller Plaza, 25th Floor
New York, New York 10112

(4). Mark Paul Ressler, Esq.
Maria Gorecki, Esq.
Charles Matthew Miller, Esq.
Trevor J. Welch, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
1501 Broadway, 12th Floor
New York, New York 10036

Collins V. Burgess-Jackman

Sworn to before me this
13th day of September 2011

_____
Notary Public

Lisa DeGratto
Commissioner of Deeds
City of New York No. 5-1220
Commission Expires June 1, 2013