UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



----------------------------------------------------------x

THE BANK OF NEW YORK MELLON,                   :
as Trustee, and UNICREDIT BANK AG,             :
                                               :
                                  Plaintiffs,  :
                                               :
            -against-                          :
                                               :
TEXTRON BUSINESS SERVICES, INC.,               :
                                               :
                                  Defendant.   :
----------------------------------------------------------x

11 CIV 4865-JSR   **ECF  CASE**

**ORDER FOR ADMISSION
PRO HAC VICE**

        The motion of John W. McClelland, for admission to practice Pro Hac Vice in

the above captioned action is granted.

        Applicant has declared that he is a member in good standing of the bar of the

state of Missouri; and that his contact information is as follows:

        John W. McClelland, MO #32607
        ARMSTRONG TEASDALE, LLP
        2345 Grand Blvd., Suite 2000
        Kansas City, MO 64108
        (816) 221-3420
        Fax: (816) 221-0786
        jmcclelland@armstrongteasdale.com

        Applicant having requested admission Pro Hac Vice to appear for all purposes

as counsel for Textron Business Services, Inc. in the above entitled action;

        **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac

Vice in the above captioned case in the United States District Court for the Southern District of

New York.  All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

http://nysd.uscourts.gov/ecf_registration.php.

Dated: 9/19/11

Jed S. Rakoff, U.S.D.J.

STATE OF NEW YORK  )
                       ) ss.:
COUNTY OF NEW YORK  )

           Index No. 11cv4865 JSR

           **ECF CASE**

        Collins V. Burgess-Jackman, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen (18) years, and reside at 97-04 Brisbin Street, Jamaica, New York, 11435. On the 9th day of September 2011, I caused to be served by U.S. First Class Mail, postage prepaid, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice and Proposed Order for Admission Pro Hac Vice upon the following:

                (1).    Charlotte Ann Pontill, Esq.
                            Kirkland & Ellis LLP
                            601 Lexington Avenue
                            New York, New York 10022

                (2).    Shalini Kisten Rajoo, Esq.
                            Willkie Farr & Gallagher LLP
                            787 Seventh Avenue
                            New York, New York 10019

                (3).    Jeffrey D. Vanacore, Esq.
                            Perkins Coie LLP
                            30 Rockefeller Plaza, 25th Floor
                            New York, New York 10112

                (4).    Mark Paul Ressler, Esq.
                            Maria Gorecki, Esq.
                            Charles Matthew Miller, Esq.
                            Trevor J. Welch, Esq.
                            Kasowitz, Benson, Torres & Friedman, LLP
                            1501 Broadway, 12th Floor
                            New York, New York 10036

Collins V. Burgess-Jackman

Sworn to before me this
12th day of September 2011

Notary Public

ROBERT F. FINKELSTEIN
Notary Public, State of New York
No. 02FI6074730
Qualified in New York County
Commission Expires May 20, 2014