UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

THE BANK OF NEW YORK MELLON, as
Trustee, and UNICREDIT BANK AG,

                              Plaintiffs,

        - against -

TEXTRON BUSINESS SERVICES, INC.,
BANK SECURITIES, INC.,

                              Defendant.

11-civ-4865

**ORDER FOR ADMISSION PRO HAC
VICE ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/11

Upon the motion of Schuyler Carroll, attorney for Plaintiff The Bank of New York Mellon and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Shan A. Haider
    Firm Name: Perkins Coie LLP
    Address: 30 Rockefeller Plaza, 25th Floor
    City/State/Zip: New York, New York 10112
    Phone Number: (212) 262-6900
    Fax Number: (212) 977-1649
    Email: SHaider@perkinscoie.com

is admitted to practice pro hac vice as counsel for The Bank of New York Mellon in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: September 19, 2011
City, State: New York, NY

                                                    _____
                                                    United States District/Magistrate Judge

LEGAL21676399.1

EXHIBIT A