UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
THE BANK OF NEW YORK MELLON, as :
Trustee, and UNICREDIT BANK AG,
                                         :
          Plaintiffs,                        INDEX NO.: 11-CV-4865 (JSR)
                                         :
     -against-                               **NOTICE OF APPEARANCE**
                                         :
TEXTRON BUSINESS SERVICES, INC.,
BANK SECURITIES, INC.,

          Defendant.
---------------------------------------- X

    PLEASE TAKE NOTICE, that the undersigned counsel, who is admitted to practice before this Court, hereby appears for Plaintiff, The Bank of New York Mellon in the above-captioned action and requests that all further papers and correspondence be served upon him.

    PERKINS COIE LLP

    By: */s/ Jeffrey D. Vanacore*
        Jeffrey D. Vanacore (JV2000)
    30 Rockefeller Plaza, 25th Floor
    New York, New York 10112
    Tel.: 212.262.6900
    Fax: 212.977.1642
    E-mail: JVanacore@perkinscoie.com

    *Attorneys for The Bank of New York Mellon*