UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE BANK OF NEW YORK MELLON, :
as Trustee, and UNICREDIT BANK AG, :
:
        Plaintiffs, :
:        11-CIV-4865-JSR
   v. :
:        **NOTICE OF APPEARANCE**
TEXTRON BUSINESS SERVICES, INC., :
:
:
        Defendant. :
:
-------------------------------------------------------x

      PLEASE TAKE NOTICE, that the undersigned counsel, who is admitted to practice before this Court, hereby appears for plaintiff UniCredit Bank AG, New York Branch in the above-captioned action and requests that all further papers and correspondence be served upon him.

Dated:  September 21, 2011

                KASOWITZ, BENSON, TORRES
                & FRIEDMAN LLP

                By:    /s/ Harold G. Levison
                        Harold G. Levison
                        (hlevison@kasowitz.com)
                1633 Broadway
                New York, New York  10019
                Tel.:  (212) 506-1700
                Fax:  (212) 506-1800

                *Attorneys for UniCredit Bank AG,*
                *New York Branch*